William M. Low (Bar No. 106669)
wlow@higgslaw.com
Edwin Boniske (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA  92101-7913
Telephone:   (619) 236-1551
Facsimile:    (619) 696-1410

Kathy A. Wisniewski (admitted *pro hac vice*)
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy (admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
Thomas L. Azar, Jr. (admitted *pro hac vice*)
tazar@thompsoncoburn.com
Scott H. Morgan (admitted *pro hac vice*)
smorgan@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
Telephone:   (314) 552-6000
Facsimile:    (314) 552-7000

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VICTORINO, *et al.* | Case No.  3:16-cv-01617-GPC-JLB |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |
| v. | |
| FCA US LLC, | Complaint Filed:   June 24, 2016 |
| Defendant. | Trial Date:          None Set<br>Hearing Date:    October 13, 2017<br>Time:                  1:30 p.m.<br>Courtroom:        2D<br>Judge:                Hon. Gonzalo P. Curiel |

**NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on October 13, 2017 at 1:30 p.m. or as soon thereafter as this matter may be heard, in Courtroom 2D of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant FCA US LLC will, and hereby does, move for an order granting FCA US's motion for sanctions for spoliation of evidence.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Scott H. Morgan and attached exhibits, all pleadings and papers filed in this action, and such other and further matters as the Court may consider.

Dated:  August 22, 2017        **HIGGS FLETCHER & MACK LLP**

By:   */s/ Edwin Boniske*
William M. Low (Bar No. 106669)
Edwin Boniske (Bar No. 265701)

**THOMPSON COBURN LLP**
Kathy A. Wisniewski
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Scott H. Morgan

*Attorneys for FCA US LLC*

**NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

|   |
|---|
| 1 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on August 22, 2017 on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ.L.R. 5.4(d).

By:  */s/ Edwin Boniske*

Edwin Boniske (Bar No. 265701)

**NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**