# EXHIBIT B

**From:** Cody Padgett
**Sent:** Monday, July 11, 2016 4:00 PM
**To:** 'Boniske, Edwin M.'; tarek.zohdy@captsonelawyers.com; Low, William M.; Kanady, Ellen
**Cc:** Jordan Lurie; Robert Friedl; laren.wallace@capstonelawyers.com
**Subject:** Victorino v FCA US LLC - Plaintiff Vehicle at Dealership
**Importance:** High

Counsel,

This weekend, our client Adam Tavitian's clutch failed again. His vehicle was towed to Glendale Chrysler Jeep Dodge Ram (900 S Brand Blvd, Glendale, CA 91204, (800) 741-4637). The vehicle is currently at the dealership. If you wish to attend the repair or inspect the vehicle while it is at Glendale Chrysler Jeep Dodge Ram, please give us notice ASAP. To the extent any parts are returned to FCA, please take notice that we intend to inspect them and ask that you preserve them. To the extent you wish to inspect the vehicle but are unavailable for any period of time, we request that FCA provides Mr. Tavitian with a rental vehicle.

Thanks,

Cody Padgett



**Cody Padgett**
**310.712.8029 Direct | Cody.Padgett@capstonelawyers.com**
1840 Century Park East, Suite 450
Los Angeles, California 90067
310.556.4811 Main | 310.943.0396 Fax
www.capstonelawyers.com

CONFIDENTIAL COMMUNICATION:
The information contained in this e-mail and any attachments are legally privileged, confidential, and intended for the named recipients only. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others. If you have received this message in error please notify the sender immediately by reply e-mail or telephone, return the message to Capstone Law APC, 1840 Century Park East, Suite 450, Los Angeles, California 90067, and delete it from your system.