# EXHIBIT C

| | |
|---|---|
| **From:** | Tarek Zohdy <Tarek.Zohdy@capstonelawyers.com> |
| **Sent:** | Tuesday, August 16, 2016 11:47 AM |
| **To:** | Wisniewski, Kathy A. |
| **Cc:** | Cody Padgett; D'Aunoy, Stephen A.; Morgan, Scott H.; Low, William M. |
| **Subject:** | Re: Victorino v. FCA US |

Kathy:

We forgot to add during the call that we would request that FCA preserve any removed or replaced parts for purposes of discovery and inspection.

Thanks

Tarek Zohdy

Sent from my iPhone

On Aug 16, 2016, at 9:43 AM, Wisniewski, Kathy A. <KWisniewski@thompsoncoburn.com> wrote:

> Tarek & Cody:
>
> This is to confirm our telephone conversation of today's date.  As you are aware, our expert is in the midst of his inspection of the Tavitian vehicle.  He reports that the vehicle has a host of problems, only one of which is the clutch master cylinder.  However, our expert cannot complete his inspection without the clutch master cylinder being repaired to the point of being operational.  Thus, FCA US is willing to pay for the clutch master cylinder repair for the sole purpose of completing its inspection.
>
> In our call, we agreed that FCA US's payment for the clutch master cylinder repair would not affect any argument that Plaintiff has about "defect."  We also agreed that FCA US payment of the clutch master cylinder repair will not be used as evidence of FCA US waiving its right to contest that the vehicle is covered by any warranty.  In other words, the parties agree that the payment for the clutch master cylinder repair at this point is irrelevant evidence going forward.
>
> If anything above is incorrect, please advise immediately.  Thank you for your cooperation in this matter.
>
> **Kathy A. Wisniewski**
> kwisniewski@thompsoncoburn.com
> P: 314.552.6337
> F: 314.552.7000
> M: 314.602.6337
>
> **Thompson Coburn LLP**
> One US Bank Plaza
> St. Louis, Missouri 63101
> www.thompsoncoburn.com

CONFIDENTIALITY NOTE: This message and any attachments are from a law firm. They are solely for the use of the intended recipient and may contain privileged, confidential or other legally protected information. If you are not the intended recipient, please destroy all copies without reading or disclosing their contents and notify the sender of the error by reply e-mail.