# EXHIBIT D

| ADAM TAVITIAN | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | | 153964 | 33346 | 33346 | 07/11/16 07:46 | 08/31/16 | 27859 |
| | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS |
| | | 2013 DODGE DART SXT () | | | | 06673 | **COMPLETE** |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 104466 | | | | | | | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | RO COMMENT |
| | | | | MARVIN MELARA (381) | | | |

Totals

| | Amount |
|---|---|
| Parts | $14.40 |
| SalesTax | $1.30 |
| Labor | $1,717.12 |
| Sublets | $700.00 |
| **TOTAL CREDIT CARD** | **$2,432.82** |

PAID AUG 3 1 2016

PICKED UP

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items.  The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose.  Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

CUSTOMER SIGNATURE

08/31/16 15:33  INVOICE  SERVICE FILE COPY  Page 3 of 3

Glendale - 057

| ADAM TAVITIAN | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | | 153964 | 33346 | 33346 | 07/11/16 07:46 | 08/31/16 | 27859 |
| | | VEHICLE DESCRIPTION | | | TAG NO. | | STATUS |
| | | 2013 DODGE DART SXT () | | | 06673 | | COMPLETE |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 104466 | | | | | | | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | | SERV. ADV. | | RO COMMENT |
| | | | | | MARVIN MELARA (381) | | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|

C *  Continued

Correction  Verified customer concern clutch pedal stays on the floor and will not come back up. Per Chrysler request performed tsb 06 001 16 clutch pedal operation x62 extended warranty. Replaced clutch master cylinder and reservoir hose. After bleeding clutch lines pedal still was stuck down. Removed transmisison out of vehicle for inspection. During inspection found throw out bearing coming apart and leaking. . Removed clutch disc for inspection found clutch worn out and signs of been overheating. Recommend clutch assembly and a throw out bearing. Customer declined repairs at this moment. Reinstalled clutch assembly and transmission.

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| 4318080AC | FLUID BRAKE | 2 | $7.20 | $14.40 |
| | | | Parts Total... | $14.40 |
| | | | Line Total... | $1,731.52 |

D +    7001              A99 *       Customer                $0.00
Concern  GLENDALE DODGE RENTAL

| Sublet Code | Vendor Name | PO# / Description | |
|---|---|---|---|
| | ENTERPRISE RENT-A-CA | PO# 31868 | $700.00 |
| | | Sublet Total... | $700.00 |
| | | Line Total... | $700.00 |

E +    07                A16         Customer                $0.00
Concern  COOLING    LEAK
Correction  Customer declined repairs

Line Total... $0.00

Warranty Claim Type: W    Authorization Code:        Service Cont No:

08/31/16 15:33              INVOICE              SERVICE FILE COPY              Page 2 of 3

Glendale - 058



# GLENDALE DODGE CHRYSLER JEEP
## ELLIS FAMILY STORES
900 S. Brand Blvd. - Glendale, CA 91204
(818) 242-4161   Fax (818) 242-3202   Service Toll Free (800) 741-2899
www.glendaledcj.com

(**HAZARDOUS MATERIAL) Removal charge for all hazardous materials removed from your automobile that must be disposed of as a hazardous waste
IMPORTANT. Remove all personal property and valuables from your vehicle. We do not assume responsibility for loss or damage for articles left in your vehicle.
Thank you for this opportunity to serve you. It is our aim to perform the repairs requested on this repair order to your complete satisfaction. If you are not completely satisfied please contact us immediately.

27859

| ADAM TAVITIAN | | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| | | 153964 | 33346 | 33346 | 07/11/16 07:46 | 08/31/16 | 27859 |
| | | VEHICLE DESCRIPTION | | | | TAG NO. | STATUS |
| | | 2013 DODGE DART SXT () | | | | 06673 | COMPLETE |
| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
| 104466 | | | | | | | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | | RO COMMENT |
| | | | | MARVIN MELARA (381) | | | |

ORIGINAL ESTIMATE $_____  REVISED ESTIMATE $_____  I         CUSTOMER ACKNOWLEDGES AND APPROVES ALL REPAIRS ITEMIZED
ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL  AND/OR RECEIPT OF VEHICLE. X_____
ESTIMATED PRICE. X_____              _____BAR# AB 220501            EPA# CAL 000383239
X_____

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A * | 0000 | | A16 | | Customer | $0.00 |

Concern    Customer States SEE BELOW
Correction CHRYSLER LEGAL INSPECTION FOR CLUTCH FAILURE

Line Total... $0.00

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| B * | 05 | | A16 | | Customer | $0.00 |

Concern    BRAKES-customer states hand brake not working chk and advice
Cause      RATCHET STRIPPED
Correction REPLACED HAND BRAKE ASSEMBLY PER SERVICE CONTRACT AUTHORIZATION. RO 30279

Line Total... $0.00

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| C * | 20 | | A16 | | Customer | $1,717.12 |

Concern    MANUAL TRANSMISSION-customer states clutch pedal goes to floor will not go into gear
Cause      Verified customer concern clutch pedal stays on the floor and will notcome back up. Per Chrysler request performed tsb 06 001 16 clutch pedal operation x62 extended warranty. Replaced  clutch master cylinderand reservoir hose. After bleeding clutch lines pedal still was stuckdown. Removed transmisison out of vehicle for inspection. During inspection found throw out bearing coming apart and leaking. .  Removed clutch disc for inspection found clutch worn out and signs of been overheating.  Recommend clutch assembly and a throw out bearing. Customerdeclined repairs at this moment.  Reinstalled clutch assembly and transmission.