# EXHIBIT F

# GLENDALE DODGE CHRYSLER JEEP
## ELLIS FAMILY STORES

900 S. Brand Blvd. - Glendale, CA 91204
(818) 242-4161  Fax (818) 242-3202  Service Toll Free (800) 741-2899
www.glendaledcj.com

**ABSOLUTELY NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS**
Return of any parts will be at our sole discretion in accordance with our companies return policies, any parts deemed returnable are subject to a 25% handling charge unless due to defective parts. No parts may be returned after 10 days and no refund without this invoice. Parts accepted for return must be in original container, resalable condition and show no signs of installation, use, or damage.



52503J &

Printed: 10/06/16 @ 10:46

| DATE | INVOICE NO. | CUST. NO. |
|---|---|---|
| 10/ 6/2016 | 52503 | 10595 |

| SOLD BY | PAY TYPE | P.O. NO. |
|---|---|---|
| MN | CASH | |

Counter Sale
3 WHSALE 20

J & E AUTO SERVICE INC.
601 S GLENDALE AVE
GLENDALE  CA  91205

WCOMP TYPE: 2

PLEASE VISIT OUR ONLINE WEBSITE AT GLENDALEDCJ.COM
SEE THE ESTORE LINK UNDER THE SERVICE & PARTS TAB
ALL CREDIT CARDS AND PAYPAL ACCEPTED.

| QTY. | PART NUMBER/DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| -1 | ▶52104854AB    ACTUATOR CLUT | SPORD | 31.73 | 25.38 | 25.38 |
| 1 | ▶68166658AA    BEARING   CLUT | 139-A | 277.00 | 221.60 | 221.60 |
| | SUB TOTAL | | | | 196.22 |
| | TAX | | | | .00 |
| | PAY THIS AMOUNT | | | | 196.22 |

Note: PLEASE REFFER TO INV#52423

**DEFENDANT'S EXHIBIT A**

Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

*Thank You*

Received By _____       Page    1           CUSTOMER COPY

# GLENDALE DODGE CHRYSLER JEEP
## ELLIS FAMILY STORES
900 S. Brand Blvd.  -  Glendale, CA 91204
(818) 242-4161   Fax (818) 242-3202  Service Toll Free (800) 741-2899
www.glendaledcj.com

**ABSOLUTELY NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS**
Return of any parts will be at our sole discretion in accordance with our companies return policies, any parts deemed returnable are subject to a 25% handling charge unless due to defective parts. No parts may be returned after 10 days and no refund without this invoice. Parts accepted for return must be in original container, resalable condition and show no signs of installation, use, or damage.




52757J&E

Printed:10/11/16 @ 12:03

| DATE | INVOICE NO. | CUST. NO. |
|---|---|---|
| 10/11/2016 | 52757 | 17501 |

| SOLD BY | PAY TYPE | P.O. NO. |
|---|---|---|
| MN | CASH | |

Counter Sale
3 WHSALE 20

J&E SERVICE CENTER, INC.
601 S GLENDALE AVE.
GLENDALE  CA  91204

WCOMP TYPE: 2

PLEASE VISIT OUR ONLINE WEBSITE AT GLENDALEDCJ.COM
SEE THE ESTORE LINK UNDER THE SERVICE & PARTS TAB
ALL CREDIT CARDS AND PAYPAL ACCEPTED.

| QTY. | PART NUMBER/DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---:|---:|---:|
| 1 | ▶68105333AA   CLIP | CLUT 144XF3 | 7.60 | 6.08 | 6.08 |
| 1 | ▶68144385AA   UNION | CLUT 144XF4 | 13.08 | 10.46 | 10.46 |
| | SUB TOTAL | | | | 16.54 |
| | TAX | | | | .00 |
| | PAY THIS AMOUNT | | | | 16.54 |



*Thank You*

Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

Received By _____      Page    1        CUSTOMER COPY





# GLENDALE DODGE CHRYSLER JEEP
## ELLIS FAMILY STORES
900 S. Brand Blvd.  -  Glendale, CA 91204
(818) 242-4161   Fax (818) 242-3202   Service Toll Free (800) 741-2899
www.glendaledcj.com

**ABSOLUTELY NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS**
Return of any parts will be at our sole discretion in accordance with our companies return policies, any parts deemed returnable are subject to a 25% handling charge unless due to defective parts. No parts may be returned after 10 days and no refund without this invoice. Parts accepted for return must be in original container, resalable condition and show no signs of installation, use, or damage.

53268J &

Printed:10/19/16 @ 13:59

| DATE | INVOICE NO. | CUST. NO. |
|---|---|---|
| 10/19/2016 | 53268 | 10595 |

| SOLD BY | PAY TYPE | P.O. NO. |
|---|---|---|
| AB | CASH | DEL |

Counter Sale
3 WHSALE 20

J & E AUTO SERVICE INC.
601 S GLENDALE AVE
GLENDALE   CA   91205

WCOMP TYPE: 2

PLEASE VISIT OUR ONLINE WEBSITE AT GLENDALEDCJ.COM
SEE THE ESTORE LINK UNDER THE SERVICE & PARTS TAB
ALL CREDIT CARDS AND PAYPAL ACCEPTED.

| QTY. | PART NUMBER/DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| 1 | ▶52104845AF    HOSE | CLUT 223-B | 114.76 | 91.81 | 91.81 |
|   | SUB TOTAL |   |   |   | 91.81 |
|   | TAX |   |   |   | .00 |
|   | PAY THIS AMOUNT |   |   |   | 91.81 |



DEFENDANT'S EXHIBIT C

**Thank You**   Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

Received By  _____        Page    1         CUSTOMER COPY

# GLENDALE DODGE CHRYSLER JEEP
## ELLIS FAMILY STORES
900 S. Brand Blvd. - Glendale, CA 91204
(818) 242-4161   Fax (818) 242-3202   Service Toll Free (800) 741-2899
www.glendaledcj.com



**ABSOLUTELY NO RETURNS ON ELECTRICAL OR SPECIAL ORDER ITEMS**
Return of any parts will be at our sole discretion in accordance with our companies return policies, any parts deemed returnable are subject to a 25% handling charge unless due to defective parts. No parts may be returned after 10 days and no refund without this invoice. Parts accepted for return must be in original container, resalable condition and show no signs of installation, use, or damage.

Printed:10/19/16 @ 07:08

| DATE | INVOICE NO. | CUST. NO. |
|---|---|---|
| 10/19/2016 | 53220 | 10595 |

J & E AUTO SERVICE INC.
601 S GLENDALE AVE
GLENDALE   CA   91205

| SOLD BY | PAY TYPE | P.O. NO. |
|---|---|---|
| AB | CASH | DD153964 DEL |
|  |  | SOR Sale# 45363 |
|  |  | 3 WHSALE 20 |

WCOMP TYPE: 2

PLEASE VISIT OUR ONLINE WEBSITE AT GLENDALEDCJ.COM
SEE THE ESTORE LINK UNDER THE SERVICE & PARTS TAB
ALL CREDIT CARDS AND PAYPAL ACCEPTED.

| QTY. | PART NUMBER/DESCRIPTION | BIN | LIST | NET | AMOUNT |
|---|---|---|---|---|---|
| 1 | 52104854AB   ACTUATOR CLUT 137-K | | 27.85 | 22.28 | 22.28 |
| | SUB TOTAL | | | | 22.28 |
| | TAX | | | | .00 |
| | PAY THIS AMOUNT | | | | 22.28 |

*Pd Cash*

**DEFENDANT'S EXHIBIT D**

*Thank You*

Any warranties on the products sold hereby are those made by the manufacturer. The Seller hereby expressly disclaims all warranties, either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with sale of said products.

Received By _____   Page   1   CUSTOMER COPY

53220J &

# J & E Auto Services Inc

601 S. GLENDALE AVE
GLENDALE, CA 91205
(818)241-1229
ARD 262796

VEHICLE 2013 Dodge Dart SXT
ENGINE L4 1.4L Vin: H GAS FI FWD 6 Spd/
LICENSE SOURANT
Mlg In/Out 60731 / 60731
V.I.N.

Invoice : 23372

ADAM TAVITIAN

| DATE: 10/08/16 | Visa / Visa | Auth: | | | | Unit: | 10/08/16 10:45 am |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DUE DATE | 10/08/16 | | | | | | M |

| PARTS & LUBRICANTS USED | QTY | PRICE | TOTAL | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NEW CLUTCH SET | 1.00 | 220.00 | 220.00 | | | | |
| NEW SLAVE CYLENDER | 1.00 | 260.00 | 260.00 | | | | |

| COMMENTS & DESCRIPTION OF LABOR | QTY | PRICE |
| --- | --- | --- |
| Remove & Install: NEW CLUTCH SET | 1 | 427.50 |

ADDITIONAL ITEMS CHECKED OR SERVICED

| Date | Time | Phone | Approved By | PartsAdd | LaborAdd | Increase | Total | Caller | Reason for Price Increase |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| Parts & Lubricants | 480.00 |
| Labor | 427.50 |
| Sublet | 0.00 |
| EPA | 0.00 |
| DebitCard | 0.00 |
| SHOP SUPPLIES | 0.00 |
| Gasoline | 0.00 |
| Sub Total | 907.50 |
| Deposit | 0.00 |
| Disc Applied | 0.00 |
| Sales Tax | 43.20 |
| TOTAL | 950.70 |
| BALANCE DUE | 0.00 |

This vehicle will be reassembled within 3 days of the date shown above if I donot authorize the recommended services.

I authorize the above repairs and necessary materials. Your employees may operate vehicle for inspection, testing, delivery at my risk. You will not be responsible for loss or damage to vehicle or items left in it. I agree to pay reasonable storage on vehicle left more that 3 working days after notification that job is completed. Labor is guaranteed 90 days or 4000 miles whichever occurs first. All other guarantees are made by the manufacturer. Warrantee work based on this bill must be performed at this shop. All parts are new unless specified as (U) used or (R) rebuilt. REMOVED PARTS WILL BE DISPOSED OF UNLESS I INITIAL HERE ____

I accept the above terms and conditions  X

ALL REPAIRS ARE WARRANTED FOR ONE [1] YEAR OR 12,000 MILES (WICHEVER COMES FIRST) THIS WARRANTY MAY VARY FOR BRAKE SERVICE.

EXHIBIT BB
tabbies

VIC_00313