Jordan L. Lurie (SBN 130013)
Jordan.Lurie@capstonelawyers.com
Tarek H. Zohdy (SBN 247775)
Tarek.Zohdy@capstonelawyers.com
Cody R. Padgett (SBN 275553)
Cody.Padgett@capstonelawyers.com
Karen L. Wallace (SBN 272309)
Karen.Wallace@capstonelawyers.com
Capstone Law APC
1875 Century Park East, Suite 10000
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARLOS VICTORINO and ADAM TAVITIAN, individually, and on behalf of other members of the general public similarly situated,

Plaintiffs,

v.

FCA US LLC, a Delaware limited liability company,

Defendant.

Case No.: 3:16-CV-01617-GPC-JLB

**[REDACTED] DECLARATION OF TAREK H. ZOHDY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

District Judge: Hon. Gonzalo P. Curiel
Magistrate: Hon. Jill L. Burkhardt

Hearing Date: January 19, 2018
Hearing Time: 1:30 p.m.
Location: 221 West Broadway, Courtroom 2D, 2nd Fl.

Action Filed: June 24, 2016

**CONTAINS CONFIDENTIAL INFORMATION**

**CONDITIONALLY LODGED UNDER SEAL**

I, Tarek H. Zohdy, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am associated with the law firm Capstone Law APC, counsel of record for Plaintiffs Carlos Victorino and Adam Tavitian ("Plaintiffs"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to such facts.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification.

**FCA US LLC ("FCA") DOCUMENTS**

3. Attached as Exhibit A is a true and correct copy of an email exchange, last response on June 23, 2016, by [REDACTED] [REDACTED], regarding [REDACTED] including attachment. (MCPS003596-3609.) (Designated "Confidential.")

4. Attached as Exhibit B is a true and correct copy of FCA's [REDACTED] [REDACTED] (MCPS000904-945.) (Designated "Confidential.")

5. Attached as Exhibit C is a true and correct copy of an email exchange, last response on June 13, 2016, by [REDACTED] [REDACTED] regarding [REDACTED] including attachment. (MCPS003875-3886.) (Designated "Confidential.")

6. Attached as Exhibit D is a true and correct copy of FCA's [REDACTED] [REDACTED], released on August 15, 2014. (MCPS003887.) (Designated "Confidential.")

7. Attached as Exhibit E is a true and correct copy of FCA's service bulletin STAR Case S1406000001, released on February 26, 2015. (MCPS000867.)

8. Attached as Exhibit F is a true and correct copy of an email

exchange, last response on March 31, 2015, by [REDACTED] [REDACTED] regarding [REDACTED] excluding attachments. (MCPS001682-1685.) (Designated "Confidential.")

9. Attached as Exhibit G is a true and correct copy of an email exchange, last response on August 3, 2016, by [REDACTED], regarding [REDACTED] including attachment. (MCPS0003841-3849.) (Designated "Confidential.")

10. Attached as Exhibit H is a true and correct copy of FCA's TSB 06-001-16, "Clutch Pedal Operation X62 Extended Warranty," released January 8, 2016. (MCPS000858-866.)

11. Attached as Exhibit I is a true and correct copy of FCA's TSB 06-001-16 REV.A, "Clutch Pedal Operation X62 Extended Warranty," released August 27, 2016. (MCPS001052-1060.)

12. Attached as Exhibit J is a true and correct copy of an email exchange, last response on April 15, 2015, by [REDACTED] regarding [REDACTED] [REDACTED] including attachments [REDACTED] [REDACTED] and a May 6, 2012, [REDACTED] [REDACTED] (MCPS005071-5084.) (Designated "Confidential.")

13. Attached as Exhibit K is a true and correct copy of an email exchange, last response on July 14, 2014, by [REDACTED], regarding [REDACTED] [REDACTED] (MCPS007068-7072.) (Designated "Confidential.")

14. Attached as Exhibit L is a true and correct copy of an email sent on May 29, 2015, by [REDACTED], regarding [REDACTED] [REDACTED] report. (MCPS002425-2436.)

15. Attached as Exhibit M is a true and correct copy of an email sent on July 23, 2014, by [REDACTED] regarding [REDACTED] (MCPS006692.) (Designated "Confidential.")

16. Attached as Exhibit N is a true and correct copy of an email exchange, last response on August 14, 2014, by [REDACTED] regarding [REDACTED] including attachment. (MCPS003735-3740.) (Designated "Confidential.")

17. Attached as Exhibit O is a true and correct copy of an email exchange, last response on October 20, 2014, by [REDACTED], regarding [REDACTED] (MCPS007109-7112.) (Designated "Confidential.")

18. Attached as Exhibit P is a true and correct copy of an email exchange, last response on July 24, 2015, by [REDACTED], regarding [REDACTED] including attachment. (MCPS003147-3149.) (Designated "Confidential.")

19. Attached as Exhibit Q is a true and correct copy of an email sent on October 12, 2015, by [REDACTED] regarding "[REDACTED] including attachment. (MCPS004901-4911.) (Designated "Confidential.")

20. Attached as Exhibit R is a true and correct copy of an email last dated on May11, 2016, by [REDACTED], regarding "[REDACTED] including attachment. (MCPS005207-5216.) (Designated "Confidential.")

21. Attached as Exhibit S is a true and correct copy of an email exchange, last response on March 15, 2016, by [REDACTED], regarding [REDACTED] including attachment. (MCPS005167-5179.) (Designated "Confidential.")

22. Attached as Exhibit T is a true and correct copy of excerpts from [REDACTED] related to the [REDACTED]. (MCPS001639.) (Designated "Confidential.")

23. Attached as Exhibit U is a true and correct copy of an email exchange, last response on December 3, 2014, by [REDACTED], regarding [REDACTED]

[REDACTED] excluding attachment. (MCPS006874-6876.) (Designated "Confidential.")

24. Attached as Exhibit V is a true and correct copy of an email exchange, last response on December 10, 2014, by [REDACTED] [REDACTED] regarding [REDACTED] including attachment. (MCPS005336-5337.) (Designated "Confidential.")

25. Attached as Exhibit W is a true and correct copy of an email thread, last response on December 11, 2014, by [REDACTED] regarding [REDACTED] [REDACTED] (MCPS002339.) (Designated "Confidential.")

26. Attached as Exhibit X is a true and correct copy of an email thread, last response on September 1, 2015, by [REDACTED], regarding [REDACTED] [REDACTED] excluding attachment. (MCPS002708-2709). (Designated "Confidential.")

27. Attached as Exhibit Y is a true and correct copy of an except of an email, dated October 1, 2015, by [REDACTED], regarding [REDACTED] [REDACTED] (MCPS003565.) (Designated "Confidential.")

28. Attached as Exhibit Z is a true and correct copy of an excerpt of an "excel" spread sheet titled [REDACTED] (MCPS003813.) (Designated "Confidential.")

29. Attached as Exhibit AA is a true and correct copy of an email thread, last response on July 29, 2012, by [REDACTED], regarding [REDACTED] [REDACTED] (MCPS005025-5035.) (Designated "Confidential.")

30. Attached as Exhibit BB is a true and correct copy of an email thread, last response on August 6, 2012, by [REDACTED] [REDACTED], regarding [REDACTED] [REDACTED] (MCPS005085-5087.) (Designated "Confidential.")

31. Attached as Exhibit CC is a true and correct copy of a document entitled [REDACTED] (MCPS007974.) (Designated "Confidential.")

**THIRD-PARTY DOCUMENTS**

32. Attached as Exhibit DD is a true and correct copy of an email sent on April 28, 2015, by [REDACTED] regarding [REDACTED] including attachments [REDACTED] [REDACTED] and [REDACTED]," revised November 11, 2013. The reports, [REDACTED] were produced in this litigation by FCA. (MCPS006647- MCPS006672.) (Designated "Confidential.")

**PLAINTIFFS' EXPERT REPORTS**

33. Attached as Exhibit EE is a true and correct copy of the report of Plaintiffs' expert, Michael Stapleford.

34. Attached as Exhibit FF is a true and correct copy of the report of Plaintiffs' expert, Steven Boyles.

**PLAINTIFFS' COUNSEL'S RESUME**

35. Attached as Exhibit GG is a true and correct copy of the firm resume of Capstone Law, APC.

**PLAINTIFFS' DECLARATIONS**

36. Attached as Exhibit HH is a true and correct copy of the declaration of Plaintiff Carlos Victorino in support of Plaintiffs' Motion for Class Certification.

37. Attached as Exhibit II is a true and correct copy of the declaration of Plaintiff Adam Tavitian in support of Plaintiffs' Motion for Class Certification.

**MISCELLANEOUS**

38. Attached as Exhibit JJ is a true and correct copy of an exemplar X62 Extended Warranty letter sent to consumers on or around January 8, 2016.

(VIC_0004.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of October, 2017.

/s/Tarek H. Zohdy
Tarek H. Zohdy