# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VICTORINO and ADAM TAVITIAN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 16cv1617-GPC(JLB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Defendants, as part of its opposition to Plaintiffs' motion for class certification, filed two <u>Daubert</u> motions to exclude expert testimony. (Dkt. Nos. 162, 163.) Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **January 15, 2018.** Any reply shall be filed on or before **January 29, 2018.** The hearing is set on **March 9, 2018 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED: December 5, 2017

HON. GONZALO P. CURIEL
United States District Judge

- 1 -     [16cv1617-GPC(JLB)]