# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS VICTORINO, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 3:16-cv-01617-GPC-JLB<br><br>**ORDER GRANTING FCA US LLC'S *EX PARTE* MOTION FOR LEAVE TO AMEND BY INTERLINEATION ITS OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**<br>**[Dkt. No. 234.]**<br><br>Judge:    Hon. Gonzalo P. Curiel |

On April 30, 2018, Defendant FCA US LLC ("Defendant") filed an *Ex Parte* Motion for Leave to Amend by Interlineation its Opposition to Plaintiffs' Amended Motion for Class Certification [ECF #234]. After reviewing the *ex parte* motion, and Plaintiffs' opposition, and finding good cause therefore, the Court hereby **GRANTS** Defendant's *ex parte* motion. Defendant's Exhibit S is hereby deemed submitted, and Defendant's Opposition (ECF #229) is hereby deemed amended so that the following text found on page 17, lines 16-20 of the Opposition:

> "Furthermore, and in any event, this Court must apply the implied warranty laws of 50 different jurisdictions for a nationwide implied warranty class, and the significant differences in these laws make clear that predominance is lacking for a nationwide class. *See* FCA US's Motion for Application of Laws of 50 States, filed simultaneously herewith."

Is replaced with the following text:

> "Even if the requirements of due process were satisfied, under the required choice-of-law analysis this Court would have to consider whether the laws of the 50 states differ, whether each state has an interest in applying its own laws to class members' claims, and which state's interests would be more impaired if its laws were not applied. *See, e.g.*, *Andren*, 2017 WL 6509550 at *16. Applying this analysis, it is clear that application of the laws of 50 states is required because there are significant variations in the implied warranty laws. *See* Exhibit S. These differences make clear that predominance is lacking. *See, e.g.*, *Andren*, 2017 WL 6509550 at *17; *see also Zinser v. Accufix Research Inst.*, 253 F.3d 1180, 1187 (9th Cir. 2001); *Gianino v. Alacer Corp.*, 846 F.Supp.2d 1096, 1103 (C.D. Cal. 2012); *Vinci*

////

////

*v. Hyundai Motor Am.*, Case No. 8:17-cv-00997, ECF #44, pp. 7-13 (S.D.Cal. 2018).

IT IS SO ORDERED.

Dated: May 1, 2018

_____
Hon. Gonzalo P. Curiel
United States District Judge