UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM TAVITIAN and CARLOS VICTORINO, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:16-cv-01617-GPC-JLB<br><br>Hon. Gonzalo P. Curiel<br><br>**ORDER VACATING THE SEPTEMBER 14, 2018 PRETRIAL CONFERENCE AND STAYING CASE PENDING NINTH CIRCUIT RULING**<br><br>Complaint Filed: June 24, 2016<br><br>Courtroom: 2D<br><br>Trial Date: None Set |

Having considered Plaintiff Victorino's *Ex Parte* Motion to Continue the September 14, 2018 Pretrial Conference, and Defendant's opposition, the Court **ORDERS** as follows:

1. The Pretrial Conference scheduled for September 14, 2018 is **vacated** and the Court **STAYS** the case pending a ruling on Plaintiffs' Appeal from the Order Denying Class Certification in the *Nguyen v. Nissan North America, Inc.* action, No. 18-16344.

2. Within 14 days of a ruling on Plaintiff's Appeal from the Order Denying Class Certification in *Nguyen v. Nissan North America, Inc.* action, No. 18-16344, the Parties shall file a joint notice with a request that the Pretrial Conference be reset.

**IT IS SO ORDERED.**

Dated: September 11, 2018

Hon. Gonzalo P. Curiel
United States District Judge